

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:    In re State of Texas, ex rel. Kim Ogg

Appellate case number:    01-20-00319-CR

Trial court case number:    1670011

Trial court:    230th District Court of Harris County

      The State has filed a document with this Court entitled "Emergency Petition for Increased Bail Pending Indictment Under Code of Criminal Procedure Article 16.16."[1] We deny the petition.

      It is so ORDERED.

Judge's signature: _____/s/ Gordon Goodman_____
                            Acting for the Court

Panel consists of Justices Goodman, Kelly, and Landau

Date: __April 15, 2020___

---

[1]     The underlying case is *State of Texas v. Timothy Singleton*, cause number 1670011, pending in the 230th District Court of Harris County, Texas, the Honorable Chris Morton presiding.